IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CORDELL R. BRIDGEMAN, and MASHONDA MCCLARTY,<br><br>                Defendants. | 8:21CR268<br><br>ORDER |

**PROTECTIVE ORDER GOVERNING DISCLOSURE
OF PERSONAL IDENTITY AND CONTACT INFORMATION**

IT IS ORDERED:

1. The government's Motion for a Protective Order, (Filing No. 28), is granted in its entirety.

2. As to discovery materials received from the government, Defense counsel may review those materials with the Defendants, but the Defendants may not retain a copy of the materials. Defense counsel may allow their staff to review and retain a copy of the discovery materials.

3. Defendants and defense counsel, including their staff, shall not disseminate a copy of the un-redacted discovery or the personal identification information and other confidential data within those materials to anyone else without first obtaining this Court's approval.

Dated this __9__ day of December, 2021.

                                                                           SUSAN M. BAZIS
                                                                     United States Magistrate Judge