IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR268 |
| vs. | ) | |
| CORDELL R. BRIDGEMAN, and MASHONDA MCCLARTY, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Cordell R. Bridgeman's Motion to Continue Trial [84] and Amended Motion to Continue Trial [85]. Counsel needs additional time to review discovery. Counsel for co-defendant Mashonda McClarty does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [84] and Amended Motion to Continue Trial [85] are granted, as follows:

1. The jury trial, **for both defendants**, now set for January 3, 2023 is continued to **April 3, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **April 3, 2023** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  December 14, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**