IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR268 |
| | ) | |
| vs. | ) | |
| | ) | |
| CORDELL R. BRIDGEMAN, and MASHONDA MCCLARTY, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

      This matter is before the court on the defendant Mashonda McClarty's Motion to Continue Trial [88] and Amended Motion to Continue Trial [89]. Counsel needs additional time to conduct plea negotiations. Counsel for co-defendant Cordell R. Bridgeman objects to the continuance. The undersigned Magistrate Judge had a telephone conference with the attorneys on March 13, 2023. Additional information was provided to the court by Mr. McClarty's attorneys for the need of the continuance. Counsel for Mr. Bridgeman continued to object to the continuance. Based on the motion and the information provided on the telephone conference the court finds good cause has been shown,

      **IT IS ORDERED** that the Motion to Continue Trial [88] is denied as moot and Amended Motion to Continue Trial [89] is granted, as follows:

1. The jury trial, **for both defendants**, now set for April 3, 2023 is continued to **June 5, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **June 5, 2023** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  March 13, 2023.**

                                             **BY THE COURT:**

                                             **s/ Susan M. Bazis**
                                             **United States Magistrate Judge**